UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 NOV -3 PM 2: 31

CLERK

BY_____AL_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:22 - cr - 126 -1 |
| | ) | |
| ANTONIO VERGARA | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 26, 2022, in the District of Vermont and elsewhere, the defendant,

ANTONIO VERGARA, knowingly and intentionally possessed with the intent to distribute 40

grams or more of a mixture and substance containing a detectible amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B))

A TRUE BILL

███████████████

FOREPERSON

_Nikolas P. Kerest_ (NTB)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
November 3, 2022