UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-126-1 |
| | ) | |
| ANTONIO VERGARA, | ) | |
| Defendant | ) | |

## **MOTION TO WITHDRAW**

NOW COMES Sara M. Puls, Assistant Federal Public Defender, counsel for defendant Antonio Vergara and respectfully requests an order allowing the Office of the Federal Public Defender to be withdrawn as counsel for Mr. Vergara. This motion is based on the following.

Since the appointment of this Office to represent Mr. Vergara, defense counsel has become aware of a conflict of interest that exists with a recent client of the Office of the Federal Public Defender. Based on the nature of this conflict, defense counsel believes that this office is unable to represent Mr. Vergara. Counsel believes that to proceed further would violate the Vermont Rules of Professional Conduct, particularly Rule 1.7(a) and (b) with regard to conflict of interest.

Counsel notes that the Federal Public Defender Office followed its procedures for avoiding the acceptance of cases in which a conflict may exist. The instant conflict was not apparent at the time of this Office's appointment to represent Mr. Vergara.

WHEREFORE, counsel respectfully requests for the reasons stated that the Court grant this motion to withdraw from representing Mr. Vergara.

Dated at Burlington, Vermont this 3rd day of November, 2022.

MICHAEL L. DESAUTELS

FEDERAL PUBLIC DEFENDER

By:   */s/ Sara M. Puls*      
     Sara M. Puls
     Assistant Federal Public Defender
     Office of the Federal Public Defender
     95 Pine Street, Suite 150
     Burlington, Vermont 05401
     (802) 862-6990
     Sara_Puls@fd.org
     Counsel for Antonio Vergara