# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                      Case No. 2:22-cr-126-1

Antonio Vergara

TAKE NOTICE that the above-entitled case has been scheduled at 02:30 p.m. on Thursday, March 16, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Change of Plea Hearing.

Location: Courtroom 510                            JEFFREY S. EATON, Clerk
                                                                   By: */s/ Jennifer B. Ruddy*
                                                                     Deputy Clerk
                                                                     2/6/2023

TO:

Nathanael T. Burris, AUSA

Stephanie M. Greenlees, Esq.
Evan Barquist, Esq.

Johanna Masse, Court Reporter