UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:22-CR-00126-cr |
| | ) |
| ANTONIO VERGARA, | ) |
| Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant Antonio Vergara by and through his attorney, Stephanie M. Greenlees, and hereby moves to continue his Sentencing Hearing currently scheduled for October 13, 2023, as well as related deadlines, for approximately 60 days. As grounds for this motion, Defendant states as follows:

A 60-day continuance of the Sentencing Hearing is needed in order to gather additional information that is relevant to the Presentence Report. Defendant requests his Sentencing Hearing be continued approximately 60 days from the current sentencing date of October 13, 2023 to a date convenient for the Court and parties. The Defendant further requests that all associated deadlines, including the deadline for filing of sentencing memorandums, be extended accordingly.

Undersigned counsel has notified Assistant United States Attorney Nate Burris of this request for a continuance and the Government does not object.

WHEREFORE, Defendant respectfully requests the Court continue his Sentencing Hearing and extend all associated deadlines accordingly.

KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013

DATED at Burlington, Vermont, this 7th day of September, 2023.

           Respectfully submitted by,

           ANTONIO VERGARA
           By Counsel

KAPLAN AND KAPLAN

*/s/ S. Greenlees*

Stephanie M. Greenlees, Esq.
Attorney for Defendant
95 St. Paul Street, Suite 405
Burlington, Vermont 05401
(802) 651-0013
(802) 448-3478 (f)
sgreenlees@kaplanlawvt.com

KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA - SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013

2