UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Case No. 2:22-cr-00126-cr
)
ANTONIO VERGARA, )
Defendant. )

---

## CERTIFICATE OF SERVICE

NOW COMES Stephanie M. Greenlees, Esq., attorney for Defendant Antonio Vergara, and hereby certifies that on this 8th day of September, 2023, Defendant's Unopposed Motion to Continue Sentencing was filed with the Clerk of the Court in the above-captioned matter using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following party: AUSA Nate Burris at nate.burris@usdoj.gov.

KAPLAN AND KAPLAN

Stephanie M. Greenlees, Esq.
Attorney for Defendant
95 Saint Paul St., Suite 405
Burlington, VT 05401
(802) 651-0013
(802) 863-7020 (f)
sgreenlees@kaplanlawvt.com

KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA · SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013